COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



|  |  |  |
|---|---|---|
| THE STATE OF TEXAS, | § | No. 08-13-000273-CR |
|  | § |  |
| Appellant, | § | Appeal from the |
|  | § |  |
| v. | § | County Court at Law No. 7 |
|  | § |  |
| VANDA VIGIL, | § | of El Paso County, Texas |
|  | § |  |
| Appellee. | § | (TC# 20120C10835) |
|  | § |  |

# **O R D E R**

The Court GRANTS the State's motion for extension of time to file the brief until

**February 18, 2014.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE

STATE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Jaime E. Esparza, the State's Attorney, prepare the

State's brief and forward the same to this Court on or before February 18, 2014.

IT IS SO ORDERED this 22nd day of January, 2014.

PER CURIAM

Before McClure, C.J., Rivera, and Rodriguez, JJ.